IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JAMAR CONIC**                                                                             **PLAINTIFF**

v.                          CASE NO. 4:18-CV-00934 BSM

**CITY OF SHANNON HILLS, et al.**                                              **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed with prejudice.

IT IS SO ORDERED this 1st day of August 2019.

_____
UNITED STATES DISTRICT JUDGE